## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RUSSEL S. BLEILER, III,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 17-17743-JKF |
| RUSSEL S. BLEILER, III,<br><br>Plaintiff,<br><br>v.<br><br>SHARON BLEILER, COLIN AMBLER, HUNT AUCTIONS, INC., MORPHY AUCTIONS, INC., and JOHN DOES 1 - 100,<br><br>Defendants. | ADV. PRO. NO. 18-00065-JKF |

## ORDER STAYING ADVERSARY PROCEEDING

AND NOW, this _____ day of _____, 2018, for the reasons set forth on the record at

the April 24, 2018, hearing in the above-captioned bankruptcy case, it is hereby:

**ORDERED** that the above-captioned adversary proceeding is stayed pending further

order of this Court.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE